In the Matter of the Application of SAMUEL GELLMAN, an Attorney, Appellant. ROSICATO BUILDERS, INC., Plaintiff, *v*. BERRIAN & 45TH REALTY CORP. et al., Defendants. WILLIAM GREEN, Doing Business under the Name of GREEN CONSTRUCTION COMPANY, Respondent.

Submitted July 15, 1952; decided July 15, 1952.

*Samuel Weiss* for motion.

*Samuel Gellman,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless, within ten days, appellant serves and files an undertaking on appeal and pays $10 costs, in which events motion denied.